NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID M. PECARD,**
*Petitioner,*

v.

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2011-3151

---

Petition for review of the Merit Systems Protection Board in case no. DA3330090730-B-1.

---

## ON MOTION

---

## O R D E R

David M. Pecard moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


__JUL 2 0 2011__                  /s/ Jan Horbaly
Date                              Jan Horbaly
                                  Clerk


cc:  David M. Pecard
     Kent C. Kiffner, Esq.

s21


**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 0 2011

**JAN HORBALY**
**CLERK**